| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Rebecca B | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>08/04/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial     ☒ Annual     ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States District Court<br>600 Granby Street<br>Norfolk, Virginia 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Norfolk Academy, Norfolk, VA |
| 2. Director | General Douglas MacArthur Foundation, Norfolk, VA |
| 3. Executor | Estate #1 |
| 4. Power of Attorney | ████ Account #1 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE
Aug 8 10 58 AM '06
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-employed (dental laboratory) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Branch Bank & Trust Co. Bank Account | A | Interest | J | T | | | | | |
| 2. Investment Account #1 directing (line 3) | D | Dividend | N | T | | | | | |
| 3. IRA-Brokerage Account #1 holding (lines 4-33) | | | | | | | | | |
| 4. Hampton Roads Bankshares Inc | | | | | | | | | |
| 5. Centennial Government Trust | | | | | | | | | |
| 6. The Diamonds Trust | | | | | | | | | |
| 7. Standard & Poor's 500 Depository Receipts Trust | | | | | | | | | |
| 8. Taxable Bonds: | | | | | | | | | |
| 9. U.S. T-Note 2/15/05 | | | | | Redeem | 2/15 | J | | |
| 10. U.S. T-Note 5/15/05 | | | | | Redeem | 5/17 | J | | |
| 11. U.S. T-Note 11/15/05 | | | | | Redeem | 11/15 | J | | |
| 12. Norfolk & Southern Corp. 7.22% 9/15/06 Medium Term Notes | | | | | | | | | |
| 13. Sara Lee Corp. 6/19/08 Medium Term Note | | | | | | | | | |
| 14. U.S. T-Note 8/15/07 | | | | | | | | | |
| 15. U.S. T-Note 10/15/06 | | | | | | | | | |
| 16. U.S. TSY Inflation Index Notes 1/15/08 | | | | | | | | | |
| 17. U.S. TSY Inflation Index Note 1/15/10 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. US TSY Inflation Index Notes 7-15-13 | | | | | | | | | |
| 19. Raven Hills TX Higher Ed 8-1-06 | | | | | | | | | |
| 20. Hinsdale Bk & Tr Co. ILL 9/4/07 | | | | | | | | | |
| 21. Virginia Hsg Dev Auth Multi-Fam - Series D 5/1/16 | | | | | | | | | |
| 22. Florida Windstorm Underwriting Assn. 8/1/07 | | | | | | | | | |
| 23. U.S. T-Note 8/15/08 | | | | | | | | | |
| 24. FHLMC 3/3/09 | | | | | | | | | |
| 25. U.S. T-Note 5/15/14 | | | | | | | | | |
| 26. FFCB 6/14/12 | | | | | Redeem | 6/14 | J | | |
| 27. FFCB 10/15/07 | | | | | | | | | |
| 28. FNMA 4/29/08 | | | | | Redeem | 4/29 | J | | |
| 29. Oregon School Board Bond Due 6-30-10 | | | | | Buy | 7/28 | J | | |
| 30. Standard & Poor's Growth Index Fund | | | | | Buy | 11/29 | J | | |
| 31. Standard & Poor's Latin American 40 Index Fund | | | | | Buy | 11/29 | K | | |
| 32. MSCI EAFE Index Fund | | | | | Buy | 11/29 | K | | |
| 33. Standard & Poor's Midcap 400 Value Index Fund | | | | | Buy | 11/29 | K | | |
| 34. Farm,███████ VA | None | | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Investment Account #2 directing (line 36) | | | | | | | | | |
| 36. Brokerage Account #2 holding (lines 37-99) | | | | | | | | | |
| 37. Centennial Tax Exempt Trust | B | Interest | L | T | | | | | |
| 38. Equities/Stocks: | | | | | | | | | |
| 39. E.I. DuPont De Nemours & Co. | A | Dividend | J | T | | | | | |
| 40. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 41. General Electric Co. | B | Dividend | L | T | | | | | |
| 42. International Paper Co. | A | Dividend | K | T | | | | | |
| 43. J.P. Morgan Chase & Co. | A | Dividend | K | T | | | | | |
| 44. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 45. St. Joe Co. | A | Dividend | K | T | | | | | |
| 46. Hewlett-Packard Co. | A | Dividend | J | T | | | | | |
| 47. Dollar Tree Stores, Inc. | | None | K | T | | | | | |
| 48. Tyco International Ltd. | A | Dividend | J | T | | | | | |
| 49. Raytheon Co. | A | Dividend | J | T | | | | | |
| 50. Cooper Cameron Corp. | | None | K | T | | | | | |
| 51. Charles & Colvard Ltd. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Conagra Inc (Del) | A | Dividend | J | T | | | | | |
| 53. Automatic Data Processing Inc. | A | Dividend | J | T | | | | | |
| 54. Dell, Inc. | | None | J | T | | | | | |
| 55. Honeywell International Inc. | A | Dividend | K | T | | | | | |
| 56. Lucent Technologies Inc. | | None | J | T | | | | | |
| 57. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 58. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 59. R.R. Donnelley & Sons Co. | A | Dividend | J | T | | | | | |
| 60. Ace Limited Ord | A | Dividend | J | T | | | | | |
| 61. Bank of America | A | Dividend | J | T | | | | | |
| 62. Cisco Systems Inc. | | None | J | T | | | | | |
| 63. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 64. Eastman Kodak Co. | A | Dividend | J | T | | | | | |
| 65. General Motors Corp. | A | Dividend | J | T | | | | | |
| 66. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 67. Verizon Communications | A | Dividend | J | T | | | | | |
| 68. AT&T Corp. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Tax Exempt Bonds: | | | | | | | | | |
| 70. Roanoke Va 2/1/05 Gen Oblg Public Improvement 96A | A | Interest | | | Redeem | 2/1 | J | | |
| 71. Upper Occoquan Sew Auth VA 7/1/07 Regl Sew Rev Refund | A | Interest | J | T | | | | | |
| 72. Pittsylvania Cnty VA 7/1/05 Gen Obligation Pub Improvement | A | Interest | | | Redeem | 7/1 | J | | |
| 73. Fairfax Cnty VA 6/1/08 Public Impt & Refunding Ser 1999A | A | Interest | K | T | | | | | |
| 74. Arlington Cnty VA 6/1/09 General Obligation Refunding | A | Interest | K | T | | | | | |
| 75. Arlington Cnty VA 6/1/06 Gen Obligation Bonds Public Impt | A | Interest | K | T | | | | | |
| 76. Montgomery Cnty VA 1/15/11 Indl Dev Auth Lease Revenue | A | Interest | K | T | | | | | |
| 77. Henrico Cnty VA 5/1/10 Water & Sewer Revenue Refunding | A | Interest | K | T | | | | | |
| 78. Richmond VA 7/15/07 Indl Dev Auth Govt Facs Auth Lease Rev | A | Interest | K | T | | | | | |
| 79. Chesterfield Cnty VA 1/15/14 G.O. Pub. Impt Bonds | A | Interest | J | T | | | | | |
| 80. Lynchburg VA Indl Dev Auth Hlthcare 1-1-05 | A | Interest | | | Redeem | 1/03 | K | | |
| 81. Middle Riv Regl Jail 5-115-12 | A | Interest | K | T | | | | | |
| 82. Prince William Cnty, VA Water & Sewer 7-1-12 | A | Interest | K | T | | | | | |
| 83. Arlington Cnty, VA Gen Oblig 2-1-13 | A | None | K | T | | | | | |
| 84. Alexandria, VA Cos Public Impv 6-15-15 | A | Interest | K | T | | | | | |
| 85. VA Res Auth Infrastructure Rev. Pooled Loan Bond 11/1/14 | A | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fairfax Cnty VA Gen Oblig Refunding Series A 4/1/06 | A | Interest | K | T | | | | | |
| 87. Virginia College Bldg Auth due 4/1/16 | A | Interest | K | T | Buy | 8/03 | K | | |
| 88. Virginia St. Resource Auth. due 11/1/07 | A | Interest | J | T | Buy | 9/20 | J | | |
| 89. Virginia College Bldg. Auth due 9/1/15 | A | Interest | J | T | Buy | 11/03 | J | | |
| 90. Henrico Cty VA Pub. Imp. due 7/15/08 | A | Interest | J | T | Buy | 8/17 | J | | |
| 91. Ill. 1/1/10 Northern Toll Hwy Auth Rev (see Part VIII (a)) | A | Interest | J | T | | | | | |
| 92. Taxable Bonds: | | | | | | | | | |
| 93. U.S. T-Note 2/15/05 | A | Interest | | | Redeem | 2/15 | J | | |
| 94. U.S. T-Note 5/15/05 | A | Interest | | | Redeem | 5/15 | J | | |
| 95. Virginia Higher Edl Instns-A 6/1/05 | A | Interest | | | Redeem | 6/1 | J | | |
| 96. U.S. T-Note 7/15/06 | A | Interest | J | T | | | | | |
| 97. U.S. T-Note 10/15/06 | A | Interest | J | T | | | | | |
| 98. U.S. T-Note 8/15/07 | A | Interest | J | T | | | | | |
| 99. Monsanto Co. 2/5/08 Medium Term Note | A | Interest | J | T | | | | | |
| 100. Wachovia Bank (formerly Southtrust Bank) | A | Interest | K | T | | | | | |
| 101. ▓▓▓▓▓▓▓▓▓ | F | Dividend | N | W | | | | | |
| 102. Rental Property #1, Norfolk, VA | E | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. C.A. Associates, 2%, Norfolk, VA | D | Dividend | K | U | | | | | |
| 104. GJF Currituck Beach Associates, NC | B | Dividend | J | W | | | | | |
| 105. IRA - Equi-Vest | B | Dividend | L | T | | | | | |
| 106. Deferred Annuity - Equitable Life Ins. Co. | B | Dividend | L | T | | | | | |
| 107. IRA-Brokerage Acct #3 directing and holding (lines 108-127) | D | Dividend | M | T | | | | | |
| 108. American Funds Washington Mutual Investors Fund | | | | | | | | | |
| 109. American Funds Investment Company of America | | | | | | | | | |
| 110. Calamos Growth Fund | | | | | | | | | |
| 111. First Eagle Sogen Global Fund | | | | | | | | | |
| 112. Ing International Value Fund | | | | | | | | | |
| 113. Lord Abbett Mid Cap Value Fund | | | | | | | | | |
| 114. Managers Special Equity Fund | | | | | | | | | |
| 115. Oakmark International Small Cap Fund | | | | | | | | | |
| 116. Pimco Pea Renaissance Fund (see Part VIII (b)) | | | | | Sold | 2004 | J | | |
| 117. Pimco Short Term Fund | | | | | Sold | 9/8 | K | | |
| 118. Royce Micro-Cap Fund | | | | | | | | | |
| 119. Royce Pennsylvania Mutual Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. UBS Pace Money Market Investment Fund | | | | | | | | | |
| 121. American Funds Growth Fund of America | | | | | | | | | |
| 122. First Eagle Overseas Fund | | | | | | | | | |
| 123. First Eagle Gold Fund | | | | | | | | | |
| 124. AIM Leisure Fund (formerly Invesco Leisure Fund) | | | | | | | | | |
| 125. Oppenheimer Real Estate Fund | | | | | | | | | |
| 126. Pimco Commodity Real Return Strategy Fund | | | | | | | | | |
| 127. Allianz OCC Renaissance Fund | | | | | Buy | 9/8 | J | | |
| 128. Brokerage Account #4 directing and holding (lines 129-170) | | | | | | | | | |
| 129. Resource Management Tax-Free Fund Inc. | A | Interest | K | T | | | | | |
| 130. Equities/Stocks: | | | | | | | | | |
| 131. Aflac Inc (incorrectly reported as Aflax Inc in 2004) | A | Dividend | J | T | | | | | |
| 132. BB&T Corp. | A | Dividend | | | Sold | 6/30 | J | A | |
| 133. Berkshire Hathaway Inc. | A | Dividend | | | Sold | 6/30 | J | A | |
| 134. Canadian Pacific Railway Ltd. | A | Dividend | J | T | | | | | |
| 135. Fedex Corp | A | Dividend | | | Sold | 6/30 | J | C | |
| 136. General Electric | A | Dividend | | | Sold | 7/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Harley Davidson Inc. | A | Dividend | | | Sold | 6/30 | J | A | |
| 138. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 139. Microsoft Corp. | A | Dividend | | | Sold | 3/28 | J | A | |
| 140. Nestle | A | Dividend | J | T | | | | | |
| 141. Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 142. Southern Co. | A | Dividend | J | T | | | | | |
| 143. Weingarten Realty | A | Dividend | J | T | | | | | |
| 144. Anheuser Busch Cos, Inc. | A | Dividend | | | Sold | 1/3 | J | A | |
| 145. Gillette Company (acquired by Proctor & Gamble) (Line 141) | A | Dividend | | | Acquisition | 10/3 | J | | |
| 146. Plum Creek Timber Co., Inc. | A | Dividend | J | T | | | J | | |
| 147. Royal Dutch Pete Co. | A | Dividend | J | T | | | | | |
| 148. 3M Co. | A | Dividend | | | Sold | 7/5 | J | A | |
| 149. Agrium Inc. | A | Dividend | J | T | | | | | |
| 150. Celgene Corp. | | None | J | T | | | | | |
| 151. Constellation Brands, Inc. | | None | J | T | | | | | |
| 152. Gilead Sciences Inc. | | None | J | T | | | | | |
| 153. Johnson Controls Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. JP Morgan Chase & Co. | A | Dividend | | | Sold | 3/2 | J | A | |
| 155. Novartis A G Spon Adr | A | Dividend | J | T | | | | | |
| 156. Tyco Intl Ltd. | A | Dividend | | | Sold | 8/2 | J | A | |
| 157. Yahoo Inc. | | None | J | T | | | | | |
| 158. Ishares Inc. MSCI Japan Index | A | Dividend | J | T | | | | | |
| 159. Templeton Dragon Fund Inc. | A | Dividend | J | T | | | | | |
| 160. Washington Real Estate Invstment Trust | A | Dividend | K | T | | | | | |
| 161. Altria Group Inc | A | Dividend | J | T | Buy | 4/26 | J | | |
| 162. Best Buy Co. Inc | A | Dividend | J | T | Buy | 10/26 | J | | |
| 163. Comverse Technology Inc | | None | J | T | Buy | 8/2 | J | | |
| 164. Cypress Semiconductor | | None | J | T | Buy | 8/4 | J | | |
| 165. Esterline Technologies Corp | | None | J | T | Buy | 9/8 | J | | |
| 166. Principal Financial Group Inc | A | Dividend | J | T | Buy | 6/30 | J | | |
| 167. United Technologies Corp | A | Dividend | J | T | Buy | 6/30 | J | | |
| 168. Tax-Exempt Bonds: | | | | | | | | | |
| 169. Portsmouth 8/1/14 VA Pub Impt G.O. | A | Interest | J | T | | | | | |
| 170. Va St Pub Sch Auth Ser A matures 8/01/20 | A | Interest | K | T | Buy | 1/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Estate #1 (lines 172-174) | | None | M | W | | | | | |
| 172. MetLife common stock | | | | | | | | | |
| 173. Real estate parcel #1 - Hopewell, VA | | | | | | | | | |
| 174. Real estate parcel #2 - Hopewell, VA | | | | | | | | | |
| 175. ▓▓▓▓ #1 (line 176) | | | | | | | | | |
| 176. Branch Bank & Trust Co. Bank Account | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(a) Part VII, line 91. This asset was inadverently reported as sold in 2004. (Sale was reported on line 77 in 2004.)

(b) Part VII, line 116. Pimco PEA Renaissance Fund sold 5-17-04. Sale inadvertently omitted from 2005 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 08/04/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬▬▬  Date  August 4, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544